1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
DEC 03 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:09 CR 00467 AWI

| UNITED STATES OF AMERICA, | ) | CASE NO. |
|---|---|---|
| Plaintiff, | ) | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | ) | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| NICOLE LOUISE FRANKS, | ) | CRIMINAL PROCEDURE |
| Defendant. | ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 3, 2009, charging the above defendant with a violation of Title 21, United States Code, Sections 846 and 841(a)(1)-Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the

///

///

1

Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 3, 2009                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By /s/
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney

IT IS SO ORDERED this 3 day of December, 2009.

                                           _____
                                           U.S. Magistrate Judge