1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5

**FILED**

JAN 13 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

6

7

8 |           IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   CASE NO.   1:09-467 AWI
                                       )
12 |               Plaintiff,           )
                                       )   MOTION TO UNSEAL INDICTMENT
13 |          v.                        )
                                       )
14 | NICHOLE LOUISE FRANKS              )
                                       )
15 |               Defendants.          )
                                       )
16 | _____     )

17 |      The Indictment in this case, having been sealed by Order of

18 | this Court, and it appears that it no longer need remain secret.

19 |      The United States of America, by and through Benjamin B.

20 | Wagner, United States Attorney, and Kimberly A. Sanchez, Assistant

21 | United States Attorney, hereby moves that the Indictment in this

22 | case be unsealed and made public record.

23 | Dated: January 12, 2010

                                    _____
24 |                                 KIMBERLY A. SANCHEZ
                                    Assistant U. S. Attorney

25

26 |      IT IS SO ORDERED.

27 | DATED: January 13, 2010

                                    _____
28 |                                 DENNIS L. BECK
                                    United States Magistrate Judge

                                    1