# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
by J. HEELINGS
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Nicole Louise Franks | Case No. 09-cr-0467 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Nicole Louise Franks__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition to the release order dated March 3, 2010:   You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.

All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3·11·10         _____  3-11-10
Signature of Defendant   Date              Pretrial Services Officer   Date
Nicole Louise Franks                        Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                    P-22-10
Signature of Assistant United States Attorney       Date
Kimberly A. Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    3-12-10
Signature of Defense Counsel              Date
Anthony P. Capozzi

### ORDER OF THE COURT

[X]  The above modification of conditions of release is ordered, to be effective on     March 3, 2010.
[ ]  The above modification of conditions of release is *not* ordered.

_____                    3/22/10
Signature of Judicial Officer             Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services