# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>Nicole Louise Franks | Case No. 09-cr-0467 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Nicole Louise Franks_, have discussed with _Lydia J. Serrano_, Pretrial Services Officer, modifications of my release conditions as follows:

Correcting condition number 7(h) to read: You shall refrain from **ANY** use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used.*

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3·15·10           _____  3-11-10
Signature of Defendant    Date                Pretrial Services Officer    Date
Nicole Louise Franks                          Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                     3-22-10
Signature of Assistant United States Attorney                              Date
Kimberly A. Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     3-12-10
Signature of Defense Counsel                                               Date
Anthony P. Capozzi

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on    3/22/10
☐ The above modification of conditions of release is *not* ordered.

_____                     3/22/10
Signature of Judicial Officer                                              Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services