ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
NICOLE LOUISE FRANKS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-CR-0467 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| vs. | |
| NICOLE LOUISE FRANKS, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, NICOLE LOUISE FRANKS, by and through her attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kimberly Sanchez, that the Status Conference now set for Monday, September 13, 2010 be continued to Monday, November 15, 2010 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1

a. Title 18, United States Code, Section 3161(h)(7)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

b. Title 18, United States Code, Section 3161(h)(7)(B)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: August 23, 2010

　　　　　　　　　　　　　　　　　　　　/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
NICOLE LOUISE FRANKS

Dated: August 23, 2010

　　　　　　　　　　　　　　　　　　　　/s/ Kimberly Sanchez
Kimberly Sanchez,
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Good cause having been shown, the Status Conference set for Monday, September 13, 2010 is vacated and continued to Monday, November 15, 2010 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

IT IS SO ORDERED.

**Dated:   August 23, 2010**　　　　　　　　　　/s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

2